UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      v.                             )      Cause No.      1:20-cr-00266-TWP-MJD
                                     )
DONALD JOHNSON (3),                  )                     - 03
                                     )
            Defendant.               )

**REPORT AND RECOMMENDATION**

Parties appeared for a hearing on the Petitions for Warrant or Summons for Offender under Supervised Release filed on May 26, 2026, and August 3, 2026. Defendant appeared in person and by Federal Community Defender counsel Joe Cleary. Government represented by Assistant United States Attorney Samantha Spiro. U.S. Probation Office represented by Officer Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.      Financial affidavit previously approved and counsel previously appointed. On June 1, 2026, Defendant previously had an Initial Appearance on the Petition dated May 26, 2026, at which time the decision of detention and disposition of the matter was held in abeyance. [Dkt. 210.] The Court conducted an Initial Appearance on the newly filed Petition dated August 3, 2026. Alleged violations and rights were reviewed and explained, and the Court ensured Defendant had a copy of both Petitions. Defendant knowingly and voluntarily waived his right to a preliminary hearing in open court and probable cause found.

2.　　　After being placed under oath, Defendant Johnson admitted violation numbers 1 and 5.  The Government orally moved to dismiss violation numbers 2-4 and 6-7 in the pending Petitions, and that motion was granted such that those violations were dismissed.

3.　　　The allegations to which Defendant admitted, as fully set forth in the petition, are as follows:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>Mr. Johnson provided observed urinalysis tests that returned positive for cannabinoids (and dilute) on January 8, February 26, March 30, and May 21, 2026.<br><br>As previously reported to the Court, Mr. Johnson provided observed urinalysis tests that were positive for cannabinoids on June 30, August 25, October 10, and December 3, 2025. |
| 5 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**<br><br>On July 23, 2026, Mr. Johnson provided an observed urinalysis test that returned positive for cannabinoids. He denied use and it was sent to the national laboratory for confirmation testing. The national laboratory confirmed the test positive and dilute. |

4.　　　The Parties stipulated that:

(a)　　The highest grade of violation is a Grade C violation.

(b)　　Defendant's criminal history category is III.

(c)　　The range of imprisonment applicable upon revocation of supervised release, therefore, is 5 to 11 months of imprisonment.

5.       Counsel for the Parties jointly recommended a sentence of 5 months in custody with no supervised release to follow.  Probation was heard.  Defendant was given an opportunity to make a statement.

6.       The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 5 months with no federal supervised release to follow.

7.       The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.  Defendant Johnson is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

Date: 8/4/2026

Kellie M. Barr

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

3